UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIPE PRADO-DEMELO,                                              :
:
                      Plaintiff,                                :
:      24-CV-6411 (JMF)
     -v-                                                         :
:      ORDER
:
BENJAMIN J. DROOG et al.,                                         :
:
                      Defendants.                              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today, the deadline for expert discovery is hereby EXTENDED until **May 31, 2025**. The parties should note the deadline for motions for summary judgment in the Civil Case Management Plan and Scheduling Order. *See* ECF No. 13, ¶ 13. If Defendants decide they intend to cross-move for summary judgment, they should inform the Court by filing a letter on the docket **no later than seven days after the close of expert discovery** so that the Court can adjust the briefing structure and schedule accordingly.

       SO ORDERED.

Dated: February 25, 2025
       New York, New York                        _____
                                                         JESSE M. FURMAN
                                               United States District Judge